UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Roosevelt K Fleming<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   15-31672<br><br>Chapter: 13<br>Honorable Pamela S. Hollis |

## ORDER DISALLOWING CLAIM #12

This matter coming on the Trustee's Objection to Claim, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:

1) The proof of claim is disallowed.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

August 11, 2017

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)